UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re. | No. C 13-2746 SI (pr) |
| MIKE TRIEU, | **JUDGMENT** |
|     Plaintiff. | |

This action is dismissed without prejudice.

IT IS SO ORDERED AND ADJUDGED.

Dated: October 10, 2013              _____
                                                    SUSAN ILLSTON
                                           United States District Judge