1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
**For the Northern District of California**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

In Re.

MIKE TRIEU,

        Plaintiff.

_____/

No. C 13-2746 SI (pr)

**ORDER OF DISMISSAL**

Plaintiff sent to the court a letter complaining about conditions of confinement at the Richard J. Donovan Correctional Facility, where is incarcerated. In an effort to protect his rights, a new action was opened and the letter was filed on June 14, 2013. Plaintiff was informed that he had not filed a complaint, and was given 28 days to do so or the action would be dismissed. He also was sent a notice that he had not paid the filing fee or applied for leave to proceed *in forma pauperis*, and was given 28 days to either pay the fee or file the application or the action would be dismissed. Plaintiff did not file a complaint or file an *in forma pauperis* application or pay the fee, and the deadline by which to do so has long passed. This action therefore is DISMISSED without prejudice. No fee is due. The clerk shall close the file.

      IT IS SO ORDERED.

Dated: October 10, 2013

                             _____
                                SUSAN ILLSTON
                         United States District Judge